UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff,

   - against -

TODD EBERHARD,

                Defendant.

------------------------------------------X

03 Cr. 562 (RWS)

O R D E R

**Sweet, D.J.**

    The Defendant's amended motion, filed February 9, 2014, for accounting of restitution payments and amended restitution order, will be heard on submission, without oral argument, on Wednesday, April 16, 2014. All motion papers shall be served in accordance with Local Civil Rule 6.1.

    It is so ordered.

**New York, NY**
**March _/_ , 2014**

                              ROBERT W. SWEET
                                  U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-13-14